UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LYNN HINES,<br><br>                    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.<br><br>                    Defendants. | Case No.: 20-CV-2107 TWR (DEB)<br><br>**ORDER DISMISSING CIVIL ACTION FOR FAILURE TO PAY FILING FEES REQUIRED BY 28 U.S.C. § 1914(a)**<br><br>(ECF No. 1) |

Plaintiff James Lynn Hines, proceeding *pro se*, filed a Complaint under 28 U.S.C. § 1983 for violation of his constitutional and civil rights. (*See generally* ECF No. 1.)

All parties instituting any civil action, suit, or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $400.[1]  *See* 28 U.S.C. § 1914(a).  An action may proceed despite a plaintiff's failure to prepay the entire fee only if he is granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a).  *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

/ / /

---

[1] In addition to the $350 statutory fee, civil litigants must pay an additional administrative fee of $50.  *See* 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2016)).  The additional $50 administrative fee does not apply to persons granted leave to proceed IFP.  *Id.*

Mr. Hines has not paid the required $400 filing fee or filed a motion to proceed *in forma pauperis*.  Consequently, the Court **DISMISSES WITHOUT PREJUDICE** Mr. Hines' Complaint (ECF No. 1) for failure to pay the requisite filing fee.  No later than twenty-one (21) calendar days from the date on which this Order is electronically docketed, Mr. Hines must either (1) pay the full $400 filing fee, or (2) move to proceed *in forma pauperis*.  **Should Mr. Hines fail timely to pay the filing fee or move to proceed *in forma pauperis*, this action will remain dismissed without prejudice without further Order of the Court.**

**IT IS SO ORDERED.**

Dated:  October 28, 2020

_____
Honorable Todd W. Robinson
United States District Court